FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 4 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

JAMES A. McDEVITT
United States Attorney
ROBERT A. ELLIS
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
(509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA, )   CR-05-6019-WFN
                          )
            Plaintiff,    )
                          )   INDICTMENT
       v.                 )
                          )   Vio: 18 U.S.C. § 1343- Wire Fraud
JOHN COLLINS and          )
SUSAN COLLINS,            )
                          )
            Defendants.   )
_____)

The Grand Jury charges:

A. INTRODUCTION

1. In July, 1999, Corey Bitton purchased a restaurant and catering business located in Pasco, Washington known as the Moore Mansion, which included an operating business and real property, for $401,900 plus an additional $3,100 for personal property.

2. In the summer of 2000, Corey Bitton began negotiating with John and Susan Collins for the sale of the Moore Mansion, including the property and the

Indictment - Page 1

1  business, to Collins. Ultimately the parties agreed on a sale price of $1,285,000.

2      3. In connection with that proposed sale, John and Susan Collins applied for a purchase loan through United Mortgage, Kennewick, Washington. United Mortgage of Kennewick is a mortgage broker who is in the business of obtaining financing for its customers from lenders. Ultimately, United Mortgage obtained a loan for the Collins purchase through a lender, United General Mortgage.

### B. PURPOSE OF THE SCHEME AND ARTIFICE

From on or about June 15, 2000, and continuing to on or about December 31, 2000, the defendants, JOHN COLLINS and SUSAN COLLINS, devised and intended to devise a scheme and artifice to defraud United General Mortgage in obtaining the loan for the purchase of the Moore Mansion from Corey Bitton.

### C. THE SCHEME AND ARTIFICE

It was a part of the scheme and artifice that the defendants, JOHN COLLINS and SUSAN COLLINS, overstated their income and assets in their loan application submitted to United General Mortgage in order to qualify for the loan for which they applied.

### D. THE WIRE COMMUNICATION

#### COUNT 1

On or about the 20th day of September, 2000, in the Eastern District of Washington, at Richland, the defendants, JOHN COLLINS and SUSAN COLLINS, for the purpose of executing, and attempting to execute, the scheme and artifice, transmitted and cause to be transmitted in interstate commerce, by means of a wire communication, certain signs, and signals, that is, the facsimile

Indictment - Page 2

transmission of their loan application, which contained materially false statements as to their income and assets, from the state of Washington to the state of Montana, in violation of Title 18, United States Code, Section 1343.

DATED this /// day of June, 2005.

A TRUE BILL

JAMES A. McDEVITT
United States Attorney

DONALD E. KRESSE, Jr.
Supervisory, Assistant United States Attorney

ROBERT A. ELLIS
Assistant United States Attorney

Indictment - Page 3